IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL
CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

Case No.: 2021-CC-040136

MICHAEL BAILEY,

    Plaintiff

vs.

I.C. SYSTEM, INC.,

    Defendant.

_____/

## NOTICE OF REMOVAL OF CASE

Pursuant to 28 U.S.C. 1446(d), Defendant, I.C. SYSTEM, INC., hereby files a copy of the Notice of Removal which was filed in the United States District Court for the Southern District of Florida on August 9, 2021.

Dated: August 9, 2021

Respectfully submitted by:

 /s/ Sangeeta Spengler
SANGEETA SPENGLER, ESQ.
Florida Bar No.: 0186864
spspengler@gsgfirm.com
Golden Scaz Gagain PLLC
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Fax: (813) 251-3675
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by email on this 9th day of August, 2021 to all parties registered to receive electronic notice in this proceeding.

/s/ Sangeeta Spengler
SANGEETA SPENGLER, ESQ.
Florida Bar No.: 0186864
spspengler@gsgfirm.com
GOLDEN SCAZ GAGAIN, PLLC
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Fax: (813) 251-3675
*Counsel for Defendant*