UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61646-CIV-SMITH

MICHAEL BAILEY,

    Plaintiff,

v.

I.C. SYSTEMS, INC.,

    Defendant.

_____/

**ORDER STAYING CASE**

On December 3, 2021, the Court entered an Order to Show Cause [DE 17], directing the parties to show cause why this case should not be stayed pending the Eleventh Circuit's *en banc* rehearing in *Hunstein v. Preferred Collection & Management Services, Inc.* On December 10, 2021, the parties filed individual responses [DE 18 and 19], indicating that the parties do not oppose staying the case pending the outcome of the *en banc* rehearing. Accordingly, it is

    **ORDERED** that:

1. This case is **STAYED** until further order of the Court.

2. Within fourteen (14) days after the Eleventh Circuit issues its decision in *Hunstein*, the parties shall file a motion to lift this stay.

3. This case is **administratively CLOSED**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida on this 10th day of December, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record